U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 25 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID SINGLETON | CIVIL ACTION NO. 04-0056 |
| VERSUS | JUDGE DONALD E. WALTER |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before this Court is a Motion for Relief From Judgment [Doc. #42] filed by David Singleton asking that he be relieved from this Court's April 26, 2005 Judgment dismissing plaintiff's Complaint for failure to prosecute.

**IT IS ORDERED** that defendant's motion [Doc. #42] be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of July, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE